**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☑ **2nd**   Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___   Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

| DEBTOR: **Gabriel Quintero** | JOINT DEBTOR: **Mildred Quintero** | CASE NO.: |
|---|---|---|
| Last Four Digits of SS# **xxx-xx-0641** | Last Four Digits of SS# **xxx-xx-8535** | |

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

A. $ **220.00** for months **1** to **5** ;
B. $ **199.82** for months **6** to **60** ;
C. $ _____ for months ___ to ___ ; in order to pay the following creditors:

Administrative:   Attorney's Fee -   $ **3,000.00**   TOTAL PAID $ **2,000.00**
                  Balance Due    $ **1,000.00**  payable $ **200.00** /month   (Months **1** to **5** )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**-NONE-**           Arrearage on Petition Date $ _____
Address: _____      Arrears Payment $ _____ /month  (Months _ to _)
Account No: _____   Regular Payment $ _____ /month  (Months _ to _)

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED.  A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **-NONE-** | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]

**-NONE-**   Total Due  $ _____
             Payable    $ _____ /month   (Months _ to _ )   Regular Payment $ _____

Unsecured Creditors:  Pay $**179.84**/month (Months **6** to **60** ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
**Debtor shall provide copies of yearly income tax returns to the Trustee no later than May 15th during the pendency of the Chapter 13 case. In the event the Debtor's income or tax refund increase, the Debtor shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims.**

   **Special Intentions:**
   **Ally (xxxxx8572): Debtor will pay claim directly.**
   **Gm Financial (xxxx7341): Debtor will pay claim directly.**
   **GM Financial (xxxxx6409): Debtor will pay claim directly..**
   **Gm Financial (xxxxxx0700): Debtor will pay claim directly.**
   **Snap-on-Credit (xxxxx7236): Debtor will pay claim directly.**
   **Cornwell tools (xxxxx4646): Debtor will pay claim directly.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

**/s/ Gabriel Quintero**                    **/s/ Mildred Quintero**
**Gabriel Quintero**                        **Mildred Quintero**
Debtor                                      Joint Debtor
Date:  **November 11, 2015**                Date:  **November 11, 2015**